**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  07-cv-00757-LTB-MEH

FOUR SEASONS SOLAR PRODUCTS, LLC, a New York limited liability company,

      Plaintiff,

v.

BIG SKY SUNROOMS, a Colorado corporation; d/b/a
FOUR SEASONS SUNROOMS REGIONAL;
KEVIN AMSBERRY, an individual,

      Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      The Motion to Withdraw Motion for Preliminary Injunction [Doc 3 - filed April 16, 2007] Without Prejudice (Doc 7 - filed May 25, 20007) is **GRANTED**.

Dated:  May 29, 2007
_____