IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  07-cv-00757-LTB-MEH

FOUR SEASONS SOLAR PRODUCTS, LLC,

    Plaintiff,

v.

BIG SKY SUNROOMS, INC., a Colorado corporation, d/b/a FOUR SEASONS SUNROOMS REGIONAL,
KEVIN AMSBERRY, an individual,

    Defendants.
_____

**ORDER**
_____

This case is before me on Plaintiff's "Motion for Ruling" (Doc 12).  The motion states that the Defendants, having failed to timely respond to Plaintiff's Amended Motion for Preliminary Injunction, have confessed the motion and the preliminary injunction should enter.  Being duly advised

IT IS ORDERED that Defendants' shall show cause, if any, on or before **Friday, July 13, 2007**, why the Plaintiff's Amended Motion for Preliminary Injunction should not be granted as confessed.

IT IS FURTHER ORDERED that the Motion for Ruling (Doc 12) is otherwise DENIED WITHOUT PREJUDICE.

                BY THE COURT:


                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:   July 5, 2007