**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-00757-LTB-MEH

FOUR SEASONS SOLAR PRODUCTS, LLC, a New York limited liability company,

    Plaintiff,

v.

BIG SKY SUNROOMS, a Colorado corporation; d/b/a
FOUR SEASONS SUNROOMS REGIONAL;
KEVIN AMSBERRY, an individual,

    Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Amended Motion for Ruling (Doc 13 - filed July 5, 2007) is DENIED.

Dated:  July 6, 2007
_____