IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00757-LTB-MEH

FOUR SEASONS SOLAR PRODUCTS, LLC,

    Plaintiff,

v.

BIG SKY SUNROOMS, INC., a Colorado corporation, d/b/a Four Seasons Sunrooms Regional; and KEVIN AMSBERRY, an individual,

    Defendants.

## ORDER FOR HEARING AND TO SHOW CAUSE

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

All parties are hereby ORDERED to appear on **Tuesday, October 16, 2007 at 9:30 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The Court will hear arguments as to why the terms of the Draft Settlement Agreement, executed August 30, 2007, have not been fully accomplished within the time constraints of that Agreement.

Dated in Denver, Colorado on this 8th day of October, 2007.

                                    BY THE COURT:

                                    S/Michael E. Hegarty
                                    Michael E. Hegarty
                                    United States Magistrate Judge