IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00757

FOUR SEASONS SOLAR PRODUCTS, LLC,
a New York limited liability company

        Plaintiff,

v.

BIG SKY SUNROOMS, a Colorado limited liability company; d/b/a
FOUR SEASONS SUNROOMS REGIONAL;
KEVIN AMSBERRY, an individual

        Defendants.
_____

STIPULATION AND ORDER
_____

THE COURT, upon the Stipulation of the Parties, and being sufficiently advised in the premises, HEREBY ORDERS as follows:

1.    Big Sky Sunrooms, Four Seasons Sunrooms Regional, and Kevin Amsberry, ("Defendants"), their directors, principals, officers, members, agents, servants, employees, representatives, successors and assigns, and all those acting in concert or participation with him shall be, and hereby are, PERMANENTLY ENJOINED and restrained from:

    (a)    imitating, copying, or making any other infringing use or infringing distribution of the following Trademark and/or Service Mark Registration Numbers:

        i.    Registration # 1,236,354 (drawing mark) registered May 3, 1983;

        ii.    Registration # 1,372,107 ("Four Seasons") registered November 26, 1985;

        iii.    Registration # 1,401,197 ("Four Seasons Greenhouses with drawing) registered July 15, 2006;

        iv.       Registration # 1,585,675 ("Four Seasons" with drawing) registered March 6, 1990;

        v.       Registration # 1,907,045 ("Four Seasons Sunrooms" with drawing) registered July 25, 1995; and

        vi.       Registration # 2,778,212 ("Four Seasons Sunrooms") registered October 28, 2003.

        (b)       using any simulation, reproduction, counterfeit, copy, or colorable imitation of Four Seasons' registered trademarks, or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

        (c)       using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that good or service offered by Defendants has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Four Seasons, when such is not true in fact;

        (d)       using the names, logos, or other variations thereof of any of Four Seasons' copyright and/or trademark-protected goods or services in any of Defendant's trade or corporate names;

        (e)       using any photographic depictions of Four Seasons' products in its advertising (whether or not the photographs are copyrighted); and

(f) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

(g) The current edition of any telephone directory and the four photographs attached as Exhibits 1 – 4 re not a violation of this Injunction.

2. Defendants shall destroy any and all advertising, marketing, and other materials which they retain which have the name "Four Seasons" on them or are otherwise indicative of a relationship with Four Seasons.

3. This matter is dismissed, with prejudice, each party to pay its own costs and fees except as otherwise agreed.

Done this   22nd   day of   October  , 2007.

BY THE COURT:

   s/Lewis T. Babcock   
Lewis T. Babcock, Judge